WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derek Don Chappell, <br>     Petitioner, <br> v. <br> David Shinn, *et al.*, <br>     Respondents. | No. CV-15-00478-PHX-SPL <br><br> <u>DEATH PENALTY CASE</u> <br><br> **ORDER** |

To ensure a complete review and adjudication of Claims Two, Three, and Five through Seven of Petitioner Derek Chappell's Petition for a Writ of Habeas Corpus,

**IT IS ORDERED** that the Clerk of the Maricopa County Superior Court release Trial Exhibits 102, 103, 105, 106, 107, 108, 115, 135, 142, 150, 153, 258, 259, 262, 269, 298, 314, 321, 322, 323, 324, 325, 326, 327, 329, 345, and 346, from the 2007 jury trial in *State v. Chappell*, No CR2004-037319, to the Clerk of the United States District Court, District of Arizona, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court, District of Arizona, send a copy of this Order to Jeff Fine, Clerk of the Maricopa County Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003.

Dated this 29th day of July, 2022.

Honorable Steven P. Logan
United States District Judge