**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derek Don Chappell,<br><br>    Petitioner,<br><br>v.<br><br>David Shinn, *et al.*,<br><br>    Respondents. | No. CV-15-00478-PHX-SPL<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

On August 1, 2022, the Court ordered that the Clerk of the Maricopa County Superior Court release certain trial exhibits from the 2007 jury trial in *State v. Chappell*, No CR2004-037319, to the Clerk of the United States District Court, District of Arizona, Sandra Day O'Connor U.S. Courthouse. (Doc. 116.) To date, the Superior Court Clerk has not done so. The Court notes that the parties have cited the listed Trial Exhibits in their briefs.

To ensure a complete review and adjudication of Claims 2, 3, and 5 through 7 of Petitioner Derek Chappell's Petition for a Writ of Habeas Corpus, the Court will order Respondents to file a notice stating where complete copies of the identified Trial Exhibits have been docketed in this case, file copies of those Trial Exhibits not already docketed in this case as part of the state court record, or explain why complete copies of the identified Trial Exhibits have not been docketed in this case and cannot be provided as part of the state court record in this case. *Cf. Storm v. Reinke*, No. 1:12-cv-00001-BLW, 2014 WL 4925884, *6-7 (D. Idaho Sept. 2014) ("order[ing r]espondents to provide portions of the

state court record to [p]etitioner," where petitioner stated he needed them "to contest denial or dismissal" of his petition).

**IT IS ORDERED** that, within **21 days** of the filing date of this Order, Respondents must:

1. file a Notice stating where a complete copy of Trial Exhibits 102, 103, 105, 106, 107, 108, 115, 135, 142, 150, 153, 258, 259, 262, 269, 298, 314, 321, 322, 323, 324, 325, 326, 327, 329, 345, and 346, in *State v. Chappell*, No. CR2004-037319, have been docketed in this case; or

2. file a Notice with complete copies of any of the above Trial Exhibits that has not already been docketed in this case as part of the state court record; or

3. file a Notice explaining why a complete copy of any of the above Trial Exhibits, which has not already been docketed in this case, cannot be filed as part of the state court record filed in this case.

Dated this 19th day of September, 2022.

Honorable Steven P. Logan
United States District Judge